# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTIAN G. G. S., | No. 1:26-cv-01408 JLT SKO (HC) |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN PART (Doc. 10) |
| v. | |
| PAMELA BONDI, et al., | ORDER DENYING RESPONDENT'S MOTION TO DISMISS NAMED INDIVIDUALS (Doc. 8), GRANTING PETITION FOR WRIT OF HABEAS CORPUS, DIRECTING RESPONDENTS TO PROVIDE A BOND HEARING, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE |
| Respondents. | |

Cristian G. G. S. is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 9, 2026, the assigned Magistrate Judge issued Findings and Recommendations to grant the petition and deny Respondent's motion to dismiss. (Docs. 8, 10.) The Court served the Findings and Recommendations on all parties and notified them that any objections were due within 10 days. (Doc. 10.) On March 15, 2026, Respondents filed objections. (Doc. 11.) Petitioner did not file objections or a statement of non-opposition.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this

1

case. Having carefully reviewed the matter, including the objections, the Court agrees with the magistrate judge that the motion to dismiss should be denied and the Petition granted, but departs as to the appropriate remedy under the circumstances. Petitioner concedes that he was not encountered by immigration authorities when he entered the United States in 2015. (Doc. 1 at 2.) His first interaction with ICE appears to have been on the date of his challenged detention: January 18, 2026. (*Id.*) Because Petitioner has never been subject to a formal evaluation by any immigration authority as to his danger to the community and/or flight risk, the appropriate remedy here is a custody hearing under 8 U.S.C. § 1226(a). *See Huerta v. Bondi*, No. 1:25-CV-00941 JLT HBK (HC), 2026 WL 366709 (E.D. Cal. Feb. 10, 2026). Thus, the Court **ORDERS**:

1.   The Findings and Recommendations issued on March 9, 2026, (Doc. 10), are **ADOPTED** in part.

2.   Respondent's motion to dismiss named individuals other than the Warden, (Doc. 8), is **DENIED**.

3.   The petition for writ of habeas corpus is **GRANTED**.

4.   Respondents are **ORDERED** to provide Petitioners with a custody redetermination hearing in accordance with 8 U.S.C. § 1226(a) within 14 days of the date of this Order, in which the parties will be allowed to present evidence and argument about whether Petitioner is a danger to the community and/or presents a flight risk if not detained.

5.   If Respondents fail to provide that custody redetermination hearing within 14 days – or by an alternative date if agreed to by Petitioner – Respondents **SHALL** immediately release Petitioner.

6.   The Clerk of the Court is **DIRECTED** to enter judgment in favor of Petitioner and close this case.

IT IS SO ORDERED.

Dated:   **March 20, 2026**

UNITED STATES DISTRICT JUDGE

2